UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Scott J. Freedman
Martin J. Weis
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile:  (856) 249-5098

*Attorneys for Daniel E. Straffi, Chapter 7 Trustee*

In re:

PUREKANA, LLC,

     Debtor.

DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE,

     Plaintiff

STAT LOGISTICS, INC.,

     Defendant.

Chapter 7

Case No. 24-13462 (EJO)

Honorable Eamonn J. O'Hagan

Adv. Proc. No. 26-01115

**STIPULATION GRANTING DEFENDANT AN EXTENSION OF
TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

It is hereby stipulated by and between Daniel E. Straffi, Chapter 7 Trustee for PureKana, LLC, and Stat Logistics Inc. (the "Defendant"), by and through their respective counsel, that good and sufficient service of the Summons and Notice of Pretrial Conference in an Adversary Proceeding and the Complaint (the "Complaint") to Avoid and Recover Transfers and Disallow Claims Pursuant to 11 U.S.C. §§ 544, 548, 550 and 502(d) has been accomplished on the Defendant, and the Defendant's deadline to file a pleading responsive to the Complaint shall be extended to and through May 8, 2026.

Dated:  April 15, 2026

 DILWORTH PAXSON LLP

 By:  /s/ Scott J. Freedman
  Scott J. Freedman

 Attorneys for Plaintiff

Dated:  April 15, 2026

 STARK & STARK PC

 By: /s/ Joseph H. Lemkin
  Joseph H. Lemkin

 Attorneys for Defendant

#125582774v1