UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Scott J. Freedman
Martin J. Weis
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile:  (856) 249-5098

*Attorneys for Daniel E. Straffi, Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>PUREKANA, LLC,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 24-13462 (EJO)<br><br>Honorable Eamonn J. O'Hagan |
| DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE,<br><br>                    Plaintiff<br><br>STAT LOGISTICS, INC.,<br><br>                    Defendant. | Adv. Proc. No. 26-01115 |

**SECOND AMENDED STIPULATION GRANTING DEFENDANT AN EXTENSION OF
TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

It is hereby stipulated by and between Daniel E. Straffi, Chapter 7 Trustee for PureKana, LLC, and Stat Logistics Inc. (the "Defendant"), by and through their respective counsel, that good and sufficient service of the Summons and Notice of Pretrial Conference in an Adversary Proceeding and the Complaint (the "Complaint") to Avoid and Recover Transfers and Disallow Claims Pursuant to 11 U.S.C. §§ 544, 548, 550 and 502(d) has been accomplished on the Defendant, and the Defendant's deadline to file a pleading responsive to the Complaint shall be further extended to and through July 8, 2026.

Dated:  June 4, 2026                             Dated:  June 4, 2026

 DILWORTH PAXSON LLP                    STARK & STARK PC

 By:  /s/ Scott J. Freedman              By: /s/ Joseph H. Lemkin
    Scott J. Freedman                        Joseph H. Lemkin

 Attorneys for Plaintiff                  Attorneys for Defendant

#125582774v1